Dismissed and Memorandum Opinion filed December 3,
2009.

 

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00824-CR

____________

 

KENNETH WAYNE MOSS, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 176th District Court

Harris County, Texas

Trial Court Cause No. 1073095

 



 

M E M O R
A N D U M   O P I N I O N

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this Court.  See Tex.
R. App. P. 42.2.  Because
this court has not issued an opinion, we grant appellant’s request.

Accordingly, we order the appeal dismissed.  We direct the clerk
of the court to issue the mandate of the court immediately.

 

PER CURIAM

 

Panel
consists of Justices Yates, Frost, and Brown. 

Do not
publish — Tex. R. App. P.
47.2(b).